UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CITY OF NORTH LAS VEGAS,<br><br>  Plaintiff,<br><br>v.<br><br>CLARK COUNTY, NEVADA; UNITED STATES OF AMERICA, acting by and through the Secretary of the Air Force; and MICHAEL B. DONLEY, Secretary of the Air Force,<br><br>  Defendants. | 2:11-CV-00944-PMP-PAL<br><br>ORDER |

IT IS ORDERED that the Court will hold a hearing on Defendant's <u>Ex Parte</u> Motion for Temporary Restraining Order (Doc. #8) on Monday, June 20, 2011 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

DATED: June 16, 2011

_____
PHILIP M. PRO
United States District Judge