UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CITY OF NORTH LAS VEGAS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY, NEVADA; UNITED STATES OF AMERICA, acting by and through the Secretary of the Air Force; and MICHAEL B. DONLEY, Secretary of the Air Force,<br><br>　　　　　Defendants. | 2:11-CV-00944-PMP-PAL<br><br>ORDER |

　　　　Having further considered the arguments of counsel at the hearing on this date, the Court determines it appropriate to direct Plaintiff to serve immediately the United States of America, acting by and through the Secretary of the Air Force, and Michael B. Donely, Secretary of the Air Force.

　　　　IT IS THEREFORE ORDERED that Plaintiff City of North Las Vegas shall serve Defendants United States of America, acting by and through the Secretary of the Air Force, and Michael B. Donely, Secretary of the Air Force, by Wednesday, June 22, 2011.

　　　　IT IS FURTHER ORDERED that Defendants United States of America, acting by and through the Secretary of the Air Force, and Michael B. Donely, Secretary of the Air Force, shall file a responsive memorandum regarding this Court's jurisdiction on or before July 5, 2011.

DATED: June 20, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　United States District Judge