UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

|  |  |  |
|---|---|---|
| CITY OF NORTH LAS VEGAS, | ) | 2:11-CV-00944-PMP-PAL |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CLARK COUNTY, NEVADA; UNITED STATES OF AMERICA, acting by and through the Secretary of the Air Force; and MICHAEL B. DONLEY, Secretary of the Air Force, | ) | |
| Defendants. | ) | |

   IT IS ORDERED that Plaintiff City of North Las Vegas's Emergency Motion for Briefing Schedule is hereby DENIED as moot.

   IT IS FURTHER ORDERED that Plaintiff City of North Las Vegas's Motion to Consolidate (Doc. #22) is hereby DENIED as moot.

DATED: August 16, 2011

_____
PHILIP M. PRO
United States District Judge