1   Patrick G. Byrne, Esq. (Bar No. 7696)
    Richard C. Gordon, Esq. (Bar No. 9036)
2   Chad R. Fears, Esq. (Bar No.  6970)
    Casey G. Perkins, Esq.  (Bar No. 12063)
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway
4   Suite 1100
    Las Vegas, NV  89169
5   Telephone: (702) 784-5200
    Emails:   pbyrne@swlaw.com
6             rgordon@swlaw.com
              cfears@swlaw.com
7             cperkins@swlaw.com

8   *Attorneys for Plaintiff City of North Las Vegas*

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11   CITY OF NORTH LAS VEGAS,
                                          CASE NO.:  2:11-cv-00944- PMP-PAL
12              Plaintiff,

13   vs.

14   CLARK COUNTY, NEVADA; THE
     UNITED STATES OF AMERICA,
15   Acting By and Through the Secretary of
     the Air Force; UNITED STATES
16   DEPARTMENT OF THE AIR FORCE;
     and MICHAEL B. DONLEY, Secretary
17   of the Air Force,

18              Defendants.

19
                            **AMENDED**
20   **STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISCOVERY PLANS**
             **AND TO VACATE NOVEMBER 15, 2011 HEARING**
21                      **(Second Request)**

22          Pursuant to Fed. R. Civ. P. 6(b)(1) and LR 7-1, Defendants, the United States of America,

23   United States Department of the Air Force, and Michael B. Donley, Secretary of the Air Force

24   (hereinafter collectively referred to as the "United States"), and Plaintiff, the City of North Las

25   Vegas ("CNLV"), by and through their counsel undersigned, hereby stipulate that the November

26   14, 2011 deadline to submit a joint or competing discovery plans be extended by 60 days until

27   January 16, 2012, and that the status hearing currently scheduled for November 15, 2011 be

28   vacate and reset at the Court's convenience after January 16, 2012.  The reason for this request

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    is that the parties have continued to make progress toward settling this matter, but need additional

2    time to complete pre-settlement requirements, such as a real property survey, and believe their

3    time and resources are best spent on finalizing a settlement.

4                                              **RECITALS**

5         1.      On September 30, 2011, the parties submitted a Stipulation for Extension of Time

6    to Submit Discovery Plans and to Vacate October 4, 2011 Hearing (Doc. #71) based on their

7    progress in reaching a settlement of this dispute.

8         2.      On October 5, 2011, this Court entered an Order granting the parties' September

9    30, 2011 Stipulation and extending the deadline to submit joint or competing discovery plans to

10   November 14, 2011.  The Court also continued the status hearing originally scheduled for

11   October 4, 2011 to November 15, 2011 (Doc. #72).

12        3.      Good cause exists to extend the November 14, 2011 deadline for a period of 60

13   days, until January 16, 2012.  The parties have acted diligently in pursuing a resolution of this

14   matter.  Several draft proposals have been circulated and the parties continue to make good

15   progress toward a settlement.

16        4.      One of the requirements that must be completed before a settlement can be

17   finalized is a survey to demarcate CNLV's discharge easement across the United State's property.

18   The parties are in the process of arranging a survey, but additional time is needed to accomplish

19   this requirement.

20        5.      The parties certify that this Stipulation is not submitted solely for the purpose of

21   delay or for any other improper purpose; but rather to conserve the parties' limited resources and

22   to focus their efforts on a resolution.

23        6.      For these reasons, the parties stipulate, subject to this Court's approval, that the

24   November 14, 2011 deadline be extended by 60 days to January 16, 2012, and that the hearing

25   / / /

26   / / /

27   / / /

28   / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1  currently scheduled for November 15, 2011 be vacated and reset at a date convenient for the

2  Court after January 16, 2012.

3        Respectfully submitted this 11th day of November 2011.

4

5  SNELL & WILMER L.L.P.                    UNITED STATES ATTORNEY

6  /s/ Richard C. Gordon                     /s/ Blaine T. Welsh
   PATRICK G. BYRNE, ESQ.                   DANIEL G. BOGDEN, ESQ.
7  Nevada Bar No.  7636                     Nevada Bar No. 2137
   RICHARD C. GORDON, ESQ.                  BLAINE T. WELSH, ESQ.
8  Nevada Bar No. 9036                      Nevada Bar No. 4790
   3883 Howard Hughes Parkway, Suite 1100   333 Las Vegas Blvd S. #500
9  Las Vegas, NV 89169                      Las Vegas, NV 89101

10 *Attorneys for Plaintiff*                 *Attorneys for Defendants*
   *City of North Las Vegas*                 *The United States of America,*
11                                           *The United States Department of the Air*
                                             *Force and Michael B. Donley, Secretary of*
12                                           *the Air Force*

13

14

15                          **ORDER**

16        **IT IS ORDERED** that the joint or competing discovery plans currently due November 14,
   2011, is **VACATED** and **CONTINUED** to **January 18, 2012.**
17        **IT IS FURTHER ORDERED** that the hearing currently scheduled for November 15,
   2011, is **VACATED** and **CONTINUED** to **January 24, 2012, at 10:00 a.m.,** in Courtroom 3B.
18

19        DATED this 15th day of November, 2011.

20

21  _____
                              Peggy A. Leen
22  14024683                  United States Magistrate Judge

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200