Patrick G. Byrne, Esq. (Bar No. 7696)
Richard C. Gordon, Esq. (Bar No. 9036)
Chad R. Fears, Esq. (Bar No. 6970)
Casey G. Perkins, Esq. (Bar No. 12063)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169
Telephone: (702) 784-5200
Emails:  pbyrne@swlaw.com
         rgordon@swlaw.com
         cfears@swlaw.com
         cperkins@swlaw.com

*Attorneys for Plaintiff City of North Las Vegas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CITY OF NORTH LAS VEGAS,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA; THE UNITED STATES OF AMERICA, Acting By and Through the Secretary of the Air Force; UNITED STATES DEPARTMENT OF THE AIR FORCE; and MICHAEL B. DONLEY, Secretary of the Air Force,<br><br>Defendants. | CASE NO.:  2:11-cv-00944- PMP-PAL |

<u>**AMENDED**</u>
<u>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISCOVERY PLANS AND TO VACATE NOVEMBER 15, 2011 HEARING**</u>
**(Second Request)**

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR 7-1, Defendants, the United States of America, United States Department of the Air Force, and Michael B. Donley, Secretary of the Air Force (hereinafter collectively referred to as the "United States"), and Plaintiff, the City of North Las Vegas ("CNLV"), by and through their counsel undersigned, hereby stipulate that the November 14, 2011 deadline to submit a joint or competing discovery plans be extended by 60 days until January 16, 2012, and that the status hearing currently scheduled for November 15, 2011 be vacated and reset at the Court's convenience after January 16, 2012.  The reason for this request

is that the parties have continued to make progress toward settling this matter, but need additional time to complete pre-settlement requirements, such as a real property survey, and believe their time and resources are best spent on finalizing a settlement.

## **RECITALS**

1. On September 30, 2011, the parties submitted a Stipulation for Extension of Time to Submit Discovery Plans and to Vacate October 4, 2011 Hearing (Doc. #71) based on their progress in reaching a settlement of this dispute.

2. On October 5, 2011, this Court entered an Order granting the parties' September 30, 2011 Stipulation and extending the deadline to submit joint or competing discovery plans to November 14, 2011. The Court also continued the status hearing originally scheduled for October 4, 2011 to November 15, 2011 (Doc. #72).

3. Good cause exists to extend the November 14, 2011 deadline for a period of 60 days, until January 16, 2012. The parties have acted diligently in pursuing a resolution of this matter. Several draft proposals have been circulated and the parties continue to make good progress toward a settlement.

4. One of the requirements that must be completed before a settlement can be finalized is a survey to demarcate CNLV's discharge easement across the United State's property. The parties are in the process of arranging a survey, but additional time is needed to accomplish this requirement.

5. The parties certify that this Stipulation is not submitted solely for the purpose of delay or for any other improper purpose; but rather to conserve the parties' limited resources and to focus their efforts on a resolution.

6. For these reasons, the parties stipulate, subject to this Court's approval, that the November 14, 2011 deadline be extended by 60 days to January 16, 2012, and that the hearing

///
///
///
///

- 2 -

currently scheduled for November 15, 2011 be vacated and reset at a date convenient for the Court after January 16, 2012.

Respectfully submitted this 11th day of November 2011.

| SNELL & WILMER L.L.P. | UNITED STATES ATTORNEY |
|---|---|
| /s/ Richard C. Gordon | /s/ Blaine T. Welsh |
| PATRICK G. BYRNE, ESQ.<br>Nevada Bar No. 7636<br>RICHARD C. GORDON, ESQ.<br>Nevada Bar No. 9036<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 | DANIEL G. BOGDEN, ESQ.<br>Nevada Bar No. 2137<br>BLAINE T. WELSH, ESQ.<br>Nevada Bar No. 4790<br>333 Las Vegas Blvd S. #500<br>Las Vegas, NV 89101 |
| *Attorneys for Plaintiff*<br>*City of North Las Vegas* | *Attorneys for Defendants*<br>*The United States of America,*<br>*The United States Department of the Air*<br>*Force and Michael B. Donley, Secretary of*<br>*the Air Force* |

## ORDER

**IT IS ORDERED** that the joint or competing discovery plans currently due November 14, 2011, is **VACATED** and **CONTINUED** to **January 18, 2012.**

**IT IS FURTHER ORDERED** that the hearing currently scheduled for November 15, 2011, is **VACATED** and **CONTINUED** to **January 24, 2012, at 10:00 a.m.,** in Courtroom 3B.

DATED this 15th day of November, 2011.

_____
Peggy A. Leen
United States Magistrate Judge

14024683

- 3 -